

Squire Patton Boggs (US) LLP
382 Springfield Ave, Suite 300
Summit, New Jersey  07901

O   +1 973 848 5600
squirepattonboggs.com

Jason King
T   +1 973 848 5687
jason.king@squirepb.com

July 2, 2020

<u>**VIA CM/ECF**</u>

The Honorable Mark Falk
United States Magistrate Judge
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:  Razor USA LLC and Shane Chen v. DGL Group LTD.**
     **Case No. 2:19-cv-12939-JMV-MF**

Dear Judge Falk:

This firm represents Defendant DGL Group LTD. ("DGL") in the above-referenced matter.

Pursuant to paragraph 19 of the pretrial scheduling order (Doc. 24) in this matter, no motions are to be filed without permission from this Court.  On June 12, 2020, counsel for DGL called the clerk's office to seek clarification on whether paragraph 19 applied to dispositive motions or to all motions.  The clerk's office advised counsel to file a letter and attach the proposed motion.

For the reasons detailed in the attached proposed motion and exhibits, DGL requests permission from the Court to file a motion to strike Plaintiffs' Amended Infringement Contentions.

We ask that the motion and exhibits be entered and filed.  We appreciate the time and consideration extended by Your Honor in this matter.

Sincerely,

Squire Patton Boggs (US) LLP

Jason King


cc:    Counsel for All Parties (via CM/ECF)

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.