

Cynthia S. Betz
Partner
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

November 25, 2025

**VIA ECF**

Melissa E. Rhoads, Clerk of the Court
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Razor USA LLC et al. v. DGL Group, Ltd.*
              **Civil Action No. 19-12939**

Dear Ms. Rhoads:

We represent Plaintiff Shane Chen and, along with Knobbe, Martens, Olson & Bear, LLP, represent Plaintiff Razor USA LLC (jointly "Plaintiffs") in the above-captioned matter.

We write regarding a streamlined request to enter a Confession of Judgment that we hope is in condition for your prompt attention. To simplify any issues that our prior submission may have raised, the attached Confession of Judgment has been modified from the original to include the amount of the Remaining Indebtedness, **$4,391,646,** and to omit any request for fees, for an injunction, or for the Court to retain jurisdiction. (*See* ECF 288-2, page 7 of 11 (¶¶ D & E)).

By way of background, Plaintiffs previously filed a request for the entry of a Confession of Judgment and Order for Permanent Injunction. (ECF No. 288). DGL never filed any objection or opposition However, in light of the lapse in government funding, the challenges it undoubtedly created for the Court, and the urgency created by the upcoming holidays, Plaintiffs decided to withdraw the prior request without prejudice in favor of the present streamlined application. (ECF No. 292).

As we previously explained, DGL specifically authorized the clerk of the court to enter the Confession of Judgment. (ECF No. 288-2, ¶ 6). DGL consulted with its counsel and waived any substantive defenses to entry of judgment. (*Id.*, ¶ 10). DGL agreed that, to obtain entry of the confessed judgment by the clerk of court, all Plaintiffs needed to do was to submit a supporting affidavit establishing the default and the amount of Remaining Indebtedness—analogous to a request for costs. (*Id.*, ¶ 7). Plaintiffs submitted the supporting affidavit. (ECF No. 288-1).

Courts in the Third Circuit recognize that, consistent with the Parties' agreement, an "agreement to confess judgment obviates the necessity for a formal commencement of action, service of process, pleading, a trial of the issues and judicial determination thereof." *Nat'l Leasing Corp. v. Williams*, 80 F.R.D. 416, 418 (W.D. Pa. 1978). Accordingly, "the Clerk's ministerial act of recordation of a valid confession of judgment … is permissible and does not require any order or intervention of a judge." *Id.* at 419.

Melissa E. Rhoads, Clerk of the Court<br>
Page 2

Particularly in light of DGL's lack of opposition or objection, we appreciate your attention to this request.

Respectfully submitted,

*/s/ Cynthia S. Betz*
Cynthia S. Betz

cc:   All Counsel of Record (via ECF)

ME1\59177732.v1